(135 So. 424)

**Finis McDANIEL v. STATE.**

**7 Div. 56.**

Supreme Court of Alabama.

June 11, 1931.

E. O. McCord & Son, of Gadsden, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

**218**

**GARDNER, J.**

Petition of Finis McDaniel for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in McDaniel v. State, 135 So. 421.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.